

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

LHE/JAM/GSM  *271 Cadman Plaza East*
F. #2018R01064  *Brooklyn, New York 11201*

March 19, 2021

**By ECF and Email**

William F. McGovern, Esq.  Glenn C. Colton, Esq.
Kobre & Kim LLP  Arent Fox LLP
800 Third Avenue  1301 Avenue of the Americas
New York, New York 10022  42nd Floor
 New York, New York 10019

Robert C. Gottlieb, Esq.
Gottlieb & Associates
Trinity Building
111 Broadway, Suite 701
New York, New York  10006

Re: United States v. David Gentile, et al.
 Criminal Docket No. 21-54 (DG)

Dear Counsel:

Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  This disclosure supplements the government's earlier disclosures by letter dated March 2, 2021. The government will continue to provide discovery on a rolling basis, and also requests reciprocal discovery from each defendant.

The government has made available at DupeCoop, for reproduction to the defendants, materials received from the United States Securities & Exchange Commission (the "SEC").  This material includes documents produced to the SEC by GPB Capital Holdings, LLC, and has been Bates-Numbered SEC_EDNY_G-000000001–SEC_EDNY_G-015323710.

Defense Counsel
March 19, 2021
Page 2

        You may obtain copies of the materials listed above by contacting DupeCoop at the contact information previously provided.  Please contact us with any questions.

Very truly yours,

SETH D. DuCHARME
Acting United States Attorney
Eastern District of New York

By:         /s/
Lauren Howard Elbert
Artie McConnell
Garen S. Marshall
Assistant U.S. Attorneys
(718) 254-7000

Enclosures

cc:    Clerk of the Court (DG) (by ECF) (w/o enclosures)