

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

LHE/JAM/GSM
F. #2018R01064

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 10, 2021

**By ECF and Email**

William F. McGovern, Esq.
Kobre & Kim LLP
800 Third Avenue
New York, New York 10022

Robert C. Gottlieb, Esq.
Gottlieb & Associates
Trinity Building
111 Broadway, Suite 701
New York, New York  10006

Glenn C. Colton, Esq.
Arent Fox LLP
1301 Avenue of the Americas
42nd Floor
New York, New York 10019

Re:   United States v. David Gentile, et al.
      Criminal Docket No. 21-54 (DG)

Dear Counsel:

Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  This disclosure supplements the government's earlier disclosures by letter dated March 2, 2021, March 19, 2021, April 9, 2021, April 16, 2021, May 6, 2021, May 18, 2021 and May 27, 2021. The government will continue to provide discovery on a rolling basis, and also requests reciprocal discovery from each defendant.

The government has made available at DupeCoop, for reproduction to the defendants, materials received from the United States Securities & Exchange Commission (the "SEC").  A log of the Bates-Number sequence is attached. These documents are being produced subject to the terms of the Protective Order previously entered in this case.

Also enclosed are records received from Barclays Bank Delaware, which have been Bates numbered DOJ-EDNY-0572743 – DOJ-EDNY-0572818.  These records are also being produced subject to the terms of the Protective Order.

Defense Counsel
June 10, 2021
Page 2

        You may obtain copies of the materials listed above by contacting DupeCoop at the contact information previously provided.  Please contact us with any questions.

                                          Very truly yours,

                                          MARK J. LESKO
                                          Acting United States Attorney
                                          Eastern District of New York

                        By:        /s/
                              Lauren Howard Elbert
                              Artie McConnell
                              Garen S. Marshall
                              Assistant U.S. Attorneys
                              (718) 254-7000

Enclosures

cc:     Clerk of the Court (DG) (by ECF) (w/o enclosures)