

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

LHE/JAM/GSM                                   *271 Cadman Plaza East*
F. #2018R01064                                 *Brooklyn, New York 11201*

April 20, 2022

**By ECF and Email**

William F. McGovern, Esq.                 Glenn C. Colton, Esq.
Kobre & Kim LLP                            Arent Fox LLP
800 Third Avenue                           1301 Avenue of the Americas
New York, New York 10022                   42nd Floor
                                           New York, New York 10019

Robert C. Gottlieb, Esq.
Gottlieb & Associates
Trinity Building
111 Broadway, Suite 701
New York, New York 10006

    Re: United States v. David Gentile, <u>et al</u>.
      <u>Criminal Docket No. 21-54 (DG)</u>

Dear Counsel:

    The government has made available at its vendor additional discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  Specifically, being made available to you today is an audio recording and draft transcript of a March 2019 call, as well as materials received from the Securities and Exchange Commission (the "SEC").  The audio recording has been Bates numbered DOJ-EDNY-0573384. The draft transcript for the audio recording has been Bates numbered DOJ-EDNY-0573385-DOJ-EDNY-00573395, and has been produced pursuant to the stipulation between the parties governing draft transcripts. The documents from the SEC have been Bates numbered SEC-EDNY-REP-012929106-SEC-EDNY-REP-012930055.

Defense Counsel
April 20, 2022
Page 2


        All materials being produced today are produced subject to the terms of the
Protective Order entered in this case.


                                        Very truly yours,

                                        BREON PEACE
                                        United States Attorney
                                        Eastern District of New York


                        By:        _____/s/_____
                                        Lauren Howard Elbert
                                        Artie McConnell
                                        Garen S. Marshall
                                        Assistant U.S. Attorneys
                                        (718) 254-7000

Enclosures

cc:      Clerk of the Court (DG) (by ECF) (w/o enclosures)