

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

LHE/JAM/GSM
F. #2018R01064

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 7, 2022

<u>By ECF and E-Mail</u>

The Hon. Diane Gujarati
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. David Gentile, et al.</u>
             <u>Criminal Docket No. 21-54 (DG)</u>

Dear Judge Gujarati:

      The government respectfully submits this letter in response to the Court's May 12, 2022 Order. The government does not object to the public filing of Exhibit A to the government's March 22, 2022 Memorandum in Response to the defendants' various motions, <u>see</u> ECF Dkt. No. 93. The government has consulted with the defendants, who also do not object to its public filing. That exhibit is attached hereto.

      Respectfully submitted,

      BREON PEACE
      United States Attorney
      Eastern District of New York

By:    /s/ Artie McConnell
      Lauren Howard Elbert
      Artie McConnell
      Garen S. Marshall
      Assistant U.S. Attorneys
      (718) 254-7000

cc:    Defense counsel (by ECF)