**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DAVID GENTILE, *et al.*,<br><br>      Defendants. | Case No. 21-cr-054 (DG) (PK) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jack W. Pirozzolo of the law firm Sidley Austin LLP, hereby appears as counsel of record in the above-captioned action for and on behalf of intervenor Scott Silverman. The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

Dated: Boston, MA
    October 14, 2022

                SIDLEY AUSTIN LLP

                By: */s/ Jack W. Pirozzolo*
                   Jack W. Pirozzolo
                   SIDLEY AUSTIN LLP
                   60 State Street, 36th Floor
                   Boston, MA 02109
                   Tel: (617) 223-0300
                   Fax: (617) 223-0301
                   jpirozzolo@sidley.com

                *Counsel for Scott Silverman*