# KOBRE & KIM

800 Third Avenue
New York, New York 10022
www.kobrekim.com
Tel +1 212 488 1200

February 8, 2023

**BY ECF**

Honorable Diane Gujarati
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Gentile, et al.*,
21 Cr. 054 (DG)

Dear Judge Gujarati:

We write respectfully to advise the Court that we do not have any issues that would require the Court's attention or intervention that we intend to raise at the status conference on February 13, 2023. Accordingly, if more convenient for the Court and if consistent with the Court's own schedule, we respectfully propose adjourning the February 13 status conference until March 20, 2023. Of course, if the Court would prefer to go forward on February 13, we remain available to appear on that date. We have conferred with counsel for the Government, Messrs. Lash and Schneider, who have no objection to the proposed adjournment.

We appreciate the Court's consideration of this request and, as always, are available to answer any questions the Court may have.

Respectfully submitted,

**KOBRE & KIM LLP**

/s/  *Sean S. Buckley*
Sean S. Buckley
A. Zoe Bunnell
Alexandria E. Swette

Americas (New York, Buenos Aires, Chicago, Delaware, Miami, San Francisco, São Paulo, Washington DC)
Asia-Pacific (Hong Kong, Seoul, Shanghai), EMEA (Dubai, London, Tel Aviv), Offshore (BVI, Cayman Islands)

Kobre & Kim refers to Kobre & Kim llp, a New York Limited Liability Partnership.

Hon. Diane Gujarati, U.S.D.J.
February 8, 2023
Page 2

        KOBRE & KIM LLP
        800 Third Avenue
        New York, NY 10022
        (212) 488-1200
        Sean.Buckley@kobrekim.com
        Zoe.Bunnell@kobrekim.com
        Alexandria.Swette@kobrekim.com

        Matthew I. Menchel
        Adriana Riviere-Badell
        *(admitted pro hac vice)*
        KOBRE & KIM LLP
        201 South Biscayne Boulevard
        Suite 1900
        Miami, FL 33131
        (305) 967-6100
        Matthew.Menchel@kobrekim.com
        Adriana.Riviere-Badell@kobrekim.com

        *Attorneys for Defendant David Gentile*

cc:    AUSAs Lauren Elbert, Artie McConnell, and Garen Marshall
       *Attorneys for the Government*

       Glenn Colton, Esq.
       *Attorney for Jeffry Schneider*

       Robert C. Gottlieb, Esq.
       *Attorney for Jeffrey Lash*