UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

  - against -                                              VERDICT SHEET

  DAVID GENTILE and                                        21 CR 54 (RPK)
  JEFFRY SCHNEIDER,

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**AS TO COUNT ONE:  Conspiracy to Commit Securities Fraud**

1. On the charge of conspiracy to commit securities fraud in COUNT ONE, how do you find the defendant **DAVID GENTILE**?

    **GUILTY** _____      **NOT GUILTY** _____

2. On the charge of conspiracy to commit securities fraud in COUNT ONE, how do you find the defendant **JEFFRY SCHNEIDER**?

    **GUILTY** _____      **NOT GUILTY** _____

**AS TO COUNT TWO:  Conspiracy to Commit Wire Fraud**

3. On the charge of conspiracy to commit wire fraud charged in COUNT TWO, how do you find the defendant **DAVID GENTILE**?

    **GUILTY** _____      **NOT GUILTY** _____

4. On the charge of conspiracy to commit wire fraud charged in COUNT TWO, how do you find the defendant **JEFFRY SCHNEIDER**?

    **GUILTY** _____      **NOT GUILTY** _____

**AS TO COUNT THREE:  Securities Fraud**

5. On the charge of securities fraud charged in COUNT THREE, how do you find the defendant **DAVID GENTILE**?

    **GUILTY** \_\_\_\_\_      **NOT GUILTY** \_\_\_\_\_

6. On the charge of securities fraud charged in COUNT THREE, how do you find the defendant **JEFFRY SCHNEIDER**?

    **GUILTY** \_\_\_\_\_      **NOT GUILTY** \_\_\_\_\_

**AS TO COUNT FOUR:  Wire Fraud**

7. On the charge of wire fraud charged in COUNT FOUR, how do you find the defendant **DAVID GENTILE**?

    **GUILTY** \_\_\_\_\_      **NOT GUILTY** \_\_\_\_\_

**AS TO COUNT FIVE:  Wire Fraud**

8. On the charge of wire fraud charged in COUNT FIVE, how do you find the defendant **DAVID GENTILE**?

    **GUILTY** \_\_\_\_\_      **NOT GUILTY** \_\_\_\_\_


DATED:   Brooklyn, NY

_____, 2024                              _____

                                                                                       Signature of Foreperson