UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

v.

**VERDICT SHEET**
21-CR-54 (RPK) (PK)

DAVID GENTILE
and JEFFRY SCHNEIDER,

        Defendants.
-----------------------------------------------------------------x

## VERDICT FORM AS TO DAVID GENTILE

I. **Count Charging Conspiracy to Commit Securities Fraud**

With respect to Count One of the indictment, we, the jury, unanimously find the defendant David Gentile:     Not Guilty ☐     Guilty ☑

II. **Count Charging Conspiracy to Commit Wire Fraud**

With respect to Count Two of the indictment, we, the jury, unanimously find the defendant David Gentile:     Not Guilty ☐     Guilty ☑

III. **Count Charging Securities Fraud**

With respect to Count Three of the indictment, we, the jury, unanimously find the defendant David Gentile:     Not Guilty ☐     Guilty ☑

Court Exhibit #20
8-1-24

## IV. Counts Charging Wire Fraud

With respect to Count Four of the indictment, we, the jury, unanimously find the defendant David Gentile:   Not Guilty ☐   Guilty ☑

With respect to Count Five of the indictment, we, the jury, unanimously find the defendant David Gentile:   Not Guilty ☐   Guilty ☑

Signed: _____
FOREPERSON