

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| JKW/NMA/KM | *271 Cadman Plaza East* |
| F. #2018R01064 | *Brooklyn, New York 11201* |

May 8, 2025

<u>By ECF</u>

The Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:    United States v. David Gentile, et al.
              <u>Criminal Docket No. 21-54 (RPK)</u>

Dear Judge Kovner:

        The government respectfully writes to update the Court regarding victims that it anticipates will speak at sentencing in the above-captioned matter.  In addition to the victims identified in the government's letter of May 6, 2025, the government has received notice that the following victims would also like to be heard at sentencing on May 9, 2025, using the dial-in information provided by the Court: ████████████████.[1]

                        Respectfully submitted,

                        JOSEPH NOCELLA, JR.
                        United States Attorney

By:          /s/
            Jessica K. Weigel
            Nicholas M. Axelrod
            Kate Mathews
            Assistant U.S. Attorneys
            (718) 254-7000

---

[1]    For the reasons set in its March 20, 2025 letter, the government respectfully requests permission to redact the names of victims and any identifying information contained in this letter.  <u>See</u> ECF Dkt. No. 554.